# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Josue Torres _____,
                    Plaintiff,
         v.                                    Case No. 3:20-cv-01848-JCH
                                               (To be supplied by the Court)
The Metropolitan District. _____,
                    Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 19 Hidden Pond Rd, Waterbury, CT, 06704

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 555 Main Street, P.O. Box 800, Hartford, CT 06142

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): _____.

(B) ☒ Termination of my employment. I was terminated from my employment on the following date: March 21, 2019 _____.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ☐ Other acts as specified below: _____

_____

_____

_____

_____

2

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [X], color [ ], religion [ ], sex [ ], age [X], national origin [ ] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: Mr Torres was subjected to Disparate Treatment during his employment at MDC.

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

1-The Metropolitan district falsely claimed that Mr. Torres was late to work.

2-Other new employees were documented being late without suffering same recourse.

3-The Metropolitan district falsely claim that Mr. Torres was ineffective at executing work.

Other new employee were ineffective at executing work and supervisor provided assistance and support.

4-MDC supplied Mr. Torres with used and non working tools while purchasing new tools to other new employees.

5-Mr Torres suffered employment harassment from both the lead Tech and supervisor and subjected to Quid Pro Quo. Mr. Torres was subjected to disparate treatment.

7. The approximate number of persons who are employed by the Defendant employer I am suing is: 34 .

8. The alleged discrimination occurred on or about the following date(s) or time period: March 21 2019 .

3

9.  I filed charges with the:

   ☒  Equal Employment Opportunity Commission

   ☒  Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: Sept. 16 2020  .
[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that  discrimination occurred.  My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _____

   The covid virus denied the Mr. Torres of a fair opportunity to the discrimination case.

   CHRO fact finding process was teleconference even though state law state it shall be done in person.

   _____

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

   ☐  Injunctive orders (specify the type of injunctive relief sought):  _____
   _____;

   ☒  Backpay;

4

☐ Reinstatement to my former position;

☒ Monetary damages (specify the type(s) of monetary damages sought): __

$400,000.00                                                                                                                     ;

☒ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): Removal of employment records at MDC.

_____;

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby     DO ☐     DO NOT ☒ demand a trial by jury.

Self-Representation
Original signature of attorney (if any)

_Josue_ (signature)
Plaintiff's Original Signature

Self-Representation
~~Printed Name and address~~

**Josue Torres**
~~Printed Name and address~~
19 Hidden Pond rd

Waterbury, CT, 06704

( )                                                   (203) 837-0892
Attorney's telephone                      Plaintiff's telephone

                                                      josueetorres8@gmail.com
Email address if available           Email address if available

Dated: 12/14/2020

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hartford, CT  on  12/14/2020 .
           (location)              (date)

*[signature]*
**Plaintiff's Original Signature**

(Rev. 3/23/16)

FILED-USDC-CT-HARTFORD
DEC 14 2020 AM 7:57

6